# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIAQ VALVE TECHNOLOGIES, INC., a Delaware corporation, </br></br>Plaintiff. </br></br>v. </br></br>NEOVASC INC., a Canadian corporation; and </br>NEOVASC TIARA INC., a Canadian corporation, </br></br>Defendants. | Civil Action No. 1:14-cv-12405-ADB |

**CARDIAQ VALVE TECHNOLOGIES, INC.'S NOTICE OF MANUAL FILING**

CardiAQ Valve Technologies Inc. hereby certifies that Memorandum In Support Of Motion Of Plaintiff CardiAQ Valve Technologies, Inc. To Compel Defendants Neovasc Inc. And Neovasc Tiara Inc. To Produce Unredacted Laboratory Notebooks and Exhibits K, L, M, and N will be filed manually with the court pursuant to the July 9, 2015 Order granting CardiAQ's Motion to Seal and Impound (see Docket No. 170).

    Respectfully Submitted,
    Plaintiff,

    CARDIAQ VALVE TECHNOLOGIES, INC.

    By Its Attorneys,
    KNOBBE, MARTENS, OLSON & BEAR, LLP

    */s/ Christy G. Lea*
    John B. Sganga, Jr. (admitted *pro hac vice*)
    John W. Holcomb (admitted *pro hac vice*)
    Christy G. Lea (admitted *pro hac vice*)
    Mark A. Speegle (admitted *pro hac vice*)
    2040 Main Street, 14th Floor
    Irvine, CA  92614
    (949) 760-0404     Fax (949) 760-9502
    john.sganga@knobbe.com
    john.holcomb@knobbe.com
    christy.lea@knobbe.com
    mark.speegle@knobbe.com

    Randall T. Weeks, Jr. (BBO#630326)
    Timothy D. Wenger (BBO#674087)
    PARTRIDGE SNOW & HAHN, LLP
    128 Union Street, Suite 500
    New Bedford, MA  02740
    (774) 206-8200     Fax (774) 206-8210
    rtw@psh.com
    tdw@psh.com

- 2 -

*Of Counsel:*

Vito A. Canuso III (admitted *pro hac vice*)
vito@canuso.com
9582 Featherhill Drive
Villa Park, CA  92861
Telephone:  714-941-0579


Dated:  July 9, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the 9th day of July, 2015.

                                      */s/ Christy G. Lea*
                                      Christy G. Lea

21045327