# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIAQ VALVE TECHNOLOGIES, INC., a Delaware corporation, | ) Civil Action No. 1:14-cv-12405-ADB ) |
| Plaintiff. | ) ) |
| v. | ) ) |
| NEOVASC INC., a Canadian corporation; and NEOVASC TIARA INC., a Canadian corporation, | ) ) ) ) |
| Defendants. | ) ) |

**MOTION OF PLAINTIFF CARDIAQ VALVE TECHNOLOGIES, INC. TO COMPEL DEFENDANTS NEOVASC INC. AND NEOVASC TIARA INC. TO PRODUCE <u>UNREDACTED LABORATORY NOTEBOOKS</u>**

-1-

Pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.1, Plaintiff CardiAQ Valve Technologies, Inc. hereby moves this Court to order Defendants Neovasc Inc. and Neovasc Tiara Inc. to produce unredacted copies of its laboratory notebooks containing entries relating to TMVI technology, the development of the Tiara device, or CardiAQ, including documents bearing the following production numbers: NEOVASC_00030344; NEOVASC_00039195; NEOVASC_00040880; NEOVASC_00123384; NEOVASC_00292442; NEOVASC_00319891; NEOVASC_00321751; NEOVASC_00329450; NEOVASC_00330505; NEOVASC_00399445-642; NEOVASC_00400237-726; NEOVASC_00400827-923; NEOVASC_00401223-231; NEOVASC_00402678-683; NEOVASC_00402855-873; NEOVASC_00403279; NEOVASC_00403722-4240; NEOVASC_00404986-996; NEOVASC_00405161-973; NEOVASC_00406080-087; NEOVASC_00406199-204; NEOVASC_00406335-534; NEOVASC_00406549-566; NEOVASC_00406575-943; NEOVASC_00408872-9408; NEOVASC_00409717-10490; NEOVASC_00410697-904.

Respectfully Submitted,
Plaintiff,

CARDIAQ VALVE TECHNOLOGIES, INC.

By Its Attorneys,
KNOBBE, MARTENS, OLSON & BEAR, LLP


 /s/  Christy G. Lea
John B. Sganga, Jr. (admitted *pro hac vice*)
Christy G. Lea (admitted *pro hac vice*)
John W. Holcomb (admitted *pro hac vice*)
Christy G. Lea (admitted *pro hac vice*)
Mark A. Speegle (admitted *pro hac vice*)
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404      Fax (949) 760-9502
john.sganga@knobbe.com
christy.lea@knobbe.com
john.holcomb@knobbe.com
christy.lea@knobbe.com
mark.speegle@knobbe.com

Randall T. Weeks, Jr. (BBO#630326)
Timothy D. Wenger (BBO#674087)
PARTRIDGE SNOW & HAHN, LLP
128 Union Street, Suite 500
New Bedford, MA  02740
(774) 206-8200      Fax (774) 206-8210
rtw@psh.com
tdw@psh.com

-3-

## **CERTIFICATE OF CONFERRAL**

      I hereby certify that I have made a good faith effort to confer with counsel for Neovasc in an effort to secure the disclosure without court action but was not able to do so. Counsel for Neovasc failed to respond within 7 days to a request for a conference of counsel, and therefore this motion is brought pursuant to Local Rule 37.1(b).

                                        */s/ Mark Speegle*
                                        Mark A. Speegle (admitted *pro hac vice*)

20325367
033015

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the 9th day of July, 2015.

                                               */s/ Christy G. Lea*
                                               Christy G. Lea (admitted *pro hac vice*)

21041840
070115