**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CARDIAQ VALVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOVASC INC. and NEOVASC TIARA INC., <br><br> Defendants. | Civil Action No. 1:14-cv-12405-ADB |

**NOTIFICATION TO THE COURT REGARDING NEOVASC INC.'S AND NEOVASC TIARA INC.'S INTENTION TO FILE A DISPOSITIVE MOTION**

Pursuant to the Court's instructions during the status conference held on October 21, 2015, Neovasc respectfully submits this notification to inform the Court that it presently anticipates filing a motion for summary judgment. The current deadline for dispositive motions is **Sunday, January 31, 2016**, as set by Judge Gorton on November 5, 2014 (Docket. No. 48).

.

Dated: January 15, 2016    Respectfully submitted,

/s/ Corina I. Cacovean
Charles Tait Graves (*pro hac vice*)
Corina I. Cacovean (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: 415-947-2109
Fax: 415-947-2099
Email: tgraves@wsgr.com
Email: ccacovean@wsgr.com

Douglas H. Carsten (*pro hac vice*)
Peter S. Kang (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real, Suite 200
San Diego, CA 92130
Phone: 858-350-2305
Fax: 858-350-2399
Email: dcarsten@wsgr.com
Email: pkang@wsgr.com

Veronica Susana Ascarrunz (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Phone : 202-973-8812
Fax: 202-973-8899
Email: vascarrunz@wsgr.com

Michael L. Chinitz (BBO #552915)
Meredith Wilson Doty (BBO #652220)
ROSE, CHINITZ & ROSE
One Beacon Street, 23rd Floor
Boston, MA 02108
Phone:  617-536-0040
Fax:  617-536-4400

*Attorneys for Defendants*
*Neovasc Inc and Neovasc Tiara Inc.*

## **CERTIFICATE OF SERVICE**

      I, Corina I. Cacovean, hereby certify that on January 15, 2016 the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                  /s/ Corina I. Cacovean