# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARDIAQ VALVE TECHNOLOGIES, INC., a Delaware corporation, | ) | Civil Action No. 1:14-cv-12405-ADB |
| | ) | |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NEOVASC INC., a Canadian corporation; and | ) | |
| NEOVASC TIARA INC., a Canadian corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## STATUS REPORT RE INTENT TO FILE DISPOSITIVE MOTIONS OF PLAINTIFF CARDIAQ VALVE TECHNOLOGIES, INC.

In accordance with the Court's Order of October 21, 2015, and consistent with the Court's guidance that this case presents a fact-intensive dispute, Plaintiff CardiAQ does not intend to file pretrial dispositive motions in this action.

Respectfully Submitted,
Plaintiff,

CARDIAQ VALVE TECHNOLOGIES, INC.

By Its Attorneys,
KNOBBE, MARTENS, OLSON & BEAR, LLP


 */s/ Christy G. Lea*
John B. Sganga, Jr. (admitted *pro hac vice*)
John W. Holcomb (admitted *pro hac vice*)
Christy G. Lea (admitted *pro hac vice*)
Mark A. Speegle (admitted *pro hac vice*)
2040 Main Street, 14th Floor
Irvine, CA  92614
(949) 760-0404      Fax (949) 760-9502
john.sganga@knobbe.com
john.holcomb@knobbe.com
christy.lea@knobbe.com
mark.speegle@knobbe.com

Robert J. Kaler (BBO#542040)
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02110
(617) 854-1443
robert.kaler@hklaw.com


Dated:  January 15, 2016

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on the 15 day of January, 2016.

*/s/ Christy G. Lea*
Christy G. Lea

22451870

Certificate of Service
Case No. 1:14-cv-12405 ADB