IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARDIAQ VALVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NEOVASC INC. and NEOVASC TIARA INC., <br><br> Defendants. | Civil Action No. 1:14-cv-12405-ADB |

**DEFENDANTS NEOVASC INC.'S AND NEOVASC TIARA INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Neovasc Inc. and Neovasc Tiara Inc. (collectively "Neovasc") respectfully move this Court for an Order granting partial summary judgment, dismissing in entirety Plaintiff's claims for correction of inventorship (Count One), Fraud (Count Four), and, to the extent predicated on any form of fraud including nondisclosure, Unfair and Deceptive Trade Practices under Chapter 93A, Section 11 (Count Six). In support of this motion, Neovasc submits a Memorandum of Law with citations to supporting authorities, a Statement of Undisputed Material Facts with page references to supporting materials, and the supporting materials attached as exhibits to the Declaration of Corina I. Cacovean.

**REQUEST FOR ORAL ARGUMENT**

Neovasc respectfully requests oral argument on its motion and believes that oral argument may assist the Court.

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that the undersigned counsel conferred in good faith with counsel for Plaintiff in an effort to narrow or resolve the issues raised in this motion.

Dated: February 1, 2016                Respectfully submitted,

/s/ *Charles T. Graves*
Charles Tait Graves (*pro hac vice*)

Douglas H. Carsten (*pro hac vice*)
Peter S. Kang (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
12235 El Camino Real, Suite 200
San Diego, CA 92130
Phone: 858-350-2305
Fax: 858-350-2399
Email: dcarsten@wsgr.com
Email: pkang@wsgr.com

John P. Flynn (*pro hac vice*)
Charles T. Graves (*pro hac vice*)
Corina I. Cacovean (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Phone: 415-947-2109
Fax: 415-947-2099
Email: tgraves@wsgr.com

Veronica Susana Ascarrunz (*pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI, P.C.
1700 K Street, NW, Fifth Floor
Washington, DC 20006
Phone : 202-973-8812
Fax: 202-973-8899
Email: vascarrunz@wsgr.com

        Michael L. Chinitz (BBO #552915)
        Meredith Wilson Doty (BBO #652220)
        ROSE, CHINITZ & ROSE
        One Beacon Street, 23rd Floor
        Boston, MA 02108
        Phone:  617-536-0040
        Fax:  617-536-4400

*Attorneys for Defendants*
*Neovasc Inc. and Neovasc Tiara Inc.*

## CERTIFICATE OF SERVICE

     I, Charles T. Graves, hereby certify that on February 1, 2016 the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Charles T. Graves*
Charles T. Graves (admitted *pro hac vice*)
